

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WAL-MART STORES, INC. AND WAL-MART STORES TEXAS, LLC, | § | No. 08-18-00110-CV |
| | § | Appeal from the |
| Appellants | § | 171st District Court |
| V. | § | of El Paso County, Texas |
| ALICE ANN RAZO, | § | (TC# 2016DCV4708) |
| Appellee. | § | |

## MEMORANDUM OPINION

The parties have filed a joint motion to set aside the trial court's judgment and remand the cause to the trial court for further proceedings. *See* TEX.R.APP.P. 42.1(a)(2)(B). The motion is granted. Accordingly, we set aside the judgment of the trial court without regard to the merits and remand the cause to the trial court for further proceedings.

July 27, 2018

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.